379 A.2d 588

Commonwealth v. Gumby, Appellant.

Submitted March 21, 1977. Thomas Hurd, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Vincent M. Lorusso, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.